

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00582-CR

| | | |
|---|---|---|
| Ex parte Byrias Roberson | § | From County Court at Law No. 1 |
| | § | of Wichita County (58017-E) |
| | § | January 8, 2015 |
| | § | Opinion by Justice Gardner |
| | § | Dissent by Justice Dauphinot |
| | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's "Order Denying Writ of Habeas Corpus." It is ordered that the trial court's "Order Denying Writ of Habeas Corpus" is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
    Justice Anne Gardner